# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **JESSICA HINES, individually and on behalf of all others similarly situated,** : : : | |
| **Plaintiff,** : : | Case No. 2:23-cv-2952 |
| v. : : | Judge Algenon L. Marbley |
| **NATIONAL ENTERTAINMENT GROUP, LLC d/b/a Vanity,** : : : | Magistrate Judge Chelsey M. Vascura |
| **Defendant.** : | |

## ORDER

This matter is before this Court on Defendant National Entertainment Group, LLC d/b/a Vanity's ("Vanity") Motion to Stay Proceedings Pending Appeal ("Motion to Stay"). (ECF No. 25). On August 7, 2024, this Court denied Vanity's Motion to Dismiss for Lack of Subject Matter Or In the Alternative to Stay the Matter Pending Completion of Arbitration. (ECF No. 4). (ECF No. 23). Subsequently, Vanity filed a notice of appeal. (ECF No. 24). Vanity now asserts that, due to the notice of appeal, "procedings in this Court should be stayed." (ECF No. 25). Plaintiff does not oppose. (ECF No. 34).

The authority of a federal court to stay proceedings is well-established. *See Ohio Env't Council v. U.S. Dist. Ct., S. Dist. of Ohio, E. Div.*, 565 F.2d 393, 396 (6th Cir. 1977)  ("[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." (quoting *Landis v. North Am. Co.*, 299 U.S. 248, 254 (1936)); *Hill v. Mitchell*, 30

F.Supp.2d 997, 1000 (S.D. Ohio 1998) ("[T]he Court has the power to stay proceedings pending the resolution of the same or related issues in another forum.").

Therefore, for the reasons stated above, and for good cause shown, this Court **GRANTS** Defendant's Motion to Stay (ECF No. 25), and this case is **STAYED** pending the appeal. The parties are **ORDERED** to file a joint status report with the Court once the Sixth Circuit resolves the appeal.

**IT IS SO ORDERED.**

**ALGENON L. MARBLEY**
**UNITED STATES DISTRICT JUDGE**

**DATE: January 21, 2025**