UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JESSICA HINES,

        **Plaintiff,**

  v.                                      **Civil Action 2:23-cv-2952**
                                                          **Judge Algenon L. Marbley**
                                                          **Magistrate Judge Chelsey M. Vascura**

NATIONAL ENTERTAINMENT
GROUP, LLC,

        **Defendant.**

## ORDER

This matter is before the Court on the parties' joint request to set an extended briefing schedule (ECF No. 41) on Defendant's pending Motion to Stay (ECF No. 40). For good cause shown, that Motion (ECF No. 41) is **GRANTED**. Plaintiff shall have until **December 22, 2025,** to respond to Defendant's Motion to Stay; Defendant will have until January 12, 2026, to reply in support.

      **IT IS SO ORDERED.**

                                                    /s/ *Chelsey M. Vascura*
                                                    CHELSEY M. VASCURA
                                                    UNITED STATES MAGISTRATE JUDGE